UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARDO ALEXANDRO MATHEW )
)
Plaintiff, )
)
v. ) 1:09-CV-00253-S-LDA
)
THE DONALD WYATT DETENTION )
FACILITY; WAYNE T. SALISBURY, JR.; )
TIMOTHY E. TAPLEY; DINAL PECCHIA; )
MAUREEN MEDEIROS; JOHN RIEDEL M.D. )
CAPTAIN COBURN; CORNELL )
COMPANIES, INC.; U.S. IMMIGRATION )
AND CUSTOMS ENFORCEMENT; )
UNKNOWN UNITED STATES )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT OFFICIALS; BRUCE )
CHADBOURNE; MICHAEL WEBSTER; )
MICHAEL CHERTOFF; DONALD KENT; )
ALBERTO GONZALES; UNKNOWN WYATT )
CORRECTIONAL OFFICERS; UNKNOWN )
WYATT ADMINISTRATORS; UNKNOWN )
WYATT MEDICAL STAFF )
)
Defendants. )

## ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO SUBSTITUTE UNITED STATES AS DEFENDANT AS TO TENTH CAUSE OF ACTION AND GRANTING MOTIONS TO DISMISS OF FEDERAL DEFENDANTS

The Report and Recommendation ("R & R") of United States Magistrate Judge Lincoln

D. Almond issued on January 8, 2010, is adopted in its entirety. For the reasons stated in the

R & R, the Motion to Substitute the United States of America for Defendants U.S. Immigration

and Customs Enforcement ("ICE"), Bruce Chadbourne, Michael Webster, Michael Chertoff,

Donald Kent, and Alberto Gonzales ("Federal Defendants") as to the tenth cause of action is

hereby GRANTED, the Motion to Dismiss the Official Capacity Defendants is hereby

GRANTED, and the Motion to Dismiss the Individual Capacity Federal Defendants is hereby

GRANTED. Accordingly, all of the claims made by Plaintiff against Defendants United States of America, U.S. Immigration and Customs Enforcement ("ICE"), Bruce Chadbourne, Michael Webster, Michael Chertoff, Donald Kent, and Alberto Gonzales, which are found in his Fourth, Fifth, Sixth, Seventh, and Tenth Causes of Action, are DISMISSED WITH PREJUDICE.

SO ORDERED this 14th day of _January_, 2010.

WILLIAM E. SMITH
UNITED STATES DISTRICT COURT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2010, I caused a copy of the within proposed Order Adopting Report and Recommendation Granting Motion to Substitute United States As Defendant As To Tenth Cause of Action And Granting Motions to Dismiss of Federal Defendants.to be forwarded, by postage prepaid mail, to:

Edwardo Alexandro Mathew (pro se)
560 Elmwood Ave.
Providence, RI 02907

Ly T. Chin
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.chin@usdoj.gov

3