UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARDO ALEXANDRO MATHEW,
    Plaintiff,

v.       C.A. No. 09-253 S

THE DONALD WYATT DETENTION
FACILITY, ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 6, 2010 (document #42), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and the Court hereby VACATES its January 19, 2010 Order (document #25) and the Report and Recommendation dated January 8, 2010 (document #18). Further, Plaintiff's Motion for Leave of Court to Amend his Complaint (document #27) is hereby GRANTED and the Federal Defendants' Motion directed at Plaintiff's Original Complaint (document #s 13, 14, and 15) are hereby DENIED as moot and without prejudice. Finally, the Plaintiff is ordered to file his Amended Complaint on or before August 10, 2010.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 7/29/10